OPINION — AG — A COUNTY IS REQUIRED TO CARRY EITHER WORKMEN'S COMPENSATION INSURANCE, OR GUARANTY INSURANCE, OR TO ENTER INTO AN APPROVED SCHEME OF COMPENSATION IN LIEU OF SUCH INSURANCE, OR TO QUALIFY AS A SELF INSURER WHEN IT EMPLOYS WORKERS WHO ARE ENGAGED IN "CONSTRUCTION OF PUBLIC ROADS" AS THE TERM IS USED IN 85 O.S. 1961 2 [85-2] CITE: 85 O.S. 1961 12 [85-12] (CHARELS OWENS)